THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
COREY M. DAY (SB #311021)
corey.day@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Plaintiff
EYERATE INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYERATE INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>PONCA CITY DISPENSARY, INC., an Oklahoma Corporation (dba Chronic CO; Ponca City Dispensary; Vice Medical Cannabis [aka "Vice Stillwater"]; and, Vice Dispensary [aka "Midwest Medical Cannabis"]); KYLER LUNDGRIN, an individual; and DOE Defendants 1 through 20, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-01051-AC<br><br>[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF EYERATE INC TO SERVE COMPLAINT ((FRCP 4(m), 6(b))<br><br>[Fed. R. Civ. P. 4(m); Fed. R. Civ. P. 6(b)]<br><br>COURTROOM:   26<br>JUDGE:  Hon. Allison Claire |

1  The *ex parte* application of Plaintiff EyeRate Inc. ("Plaintiff") for an order extending its time to serve the complaint in this matter pursuant to FRCP 4(m) and 6(b) having been heard, and the arguments of counsel, if any, having been considered it is ordered that:

Plaintiff's e*x parte* application to extend the time to serve the complaint in this matter pursuant to FRCP 4(m) and 6(b) is GRANTED. The complaint in this matter shall be served by October 30, 2023 [OR] [_____].

IT IS SO ORDERED.

DATED: September 11, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE