1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   EYERATE INC.,                           No.  2:23-cv-01051 AC

12                  Plaintiff,

13        v.                                 ORDER TO SHOW CAUSE

14   PONCA CITY DISPENSARY, INC. and
     ZACHARY KIRBY,
15
16                  Defendants.

17

18        This case was filed on June 2, 2023.  ECF No. 1.  This action has been assigned to the

19   Magistrate Judge under the court's automated case assignment plan.  See Local Rules, Appendix

20   A, subsection (m).  Pursuant to the Local Rule and the Civil Case Documents issued in this case

21   (ECF No. 3) the parties are required to return the "CONSENT / DECLINE OF U.S.

22   MAGISTRATE JUDGE JURISDICTION" form to the Clerk within 90 days from the date the

23   action was filed, or within 14 days of removal from state court.  ECF No. 4 at 2.  The parties were

24   cautioned that "[f]ailure to do so may result in the court vacating a hearing or declining to resolve

25   the motion until all consent designations have been submitted."  Id.

26        Because this action was filed initially in federal court, the parties' consent/decline forms

27   were due on August 31, 2023.  The parties have not filed their forms.  The court acknowledges

28   that this case was delayed by challenges regarding service, but as of the date of this order, two

defendants have appeared.  ECF No. 18.  The parties are therefore ORDERED TO SHOW

CAUSE in writing within 10 days of this order why they have not filed their consent/decline

forms.  Submission of the forms will automatically discharge this order.  Failure to file the forms

or show good cause may result in sanctions.

   IT IS SO ORDERED.

DATED: March 18, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2