THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
COREY M. DAY (SB #311021)
corey.day@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

Attorneys for Plaintiff
EYERATE INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYERATE INC., <br><br> Plaintiff, <br><br> v. <br><br> PONCA CITY DISPENSARY, INC., an Oklahoma Corporation (dba Chronic CO; Ponca City Dispensary; Vice Medical Cannabis [aka "Vice Stillwater"]; and, Vice Dispensary [aka "Midwest Medical Cannabis"]); KYLER LUNDGRIN, an individual; and DOES Defendants 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:23-cv-01051-JAM-AC <br><br> *CASE ASSIGNED TO SENIOR DISTRICT JUDGE JOHN A. MENDEZ* <br><br> **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANT ZACHARY KIRBY'S MOTION FOR SUMMARY JUDGMENT** |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY BRIEFING
SCHEDULE ON DEFENDANT MOTION FOR
SUMMARY JUDMENT
153393849.1 0079281-00004

-1-

2:23-cv-01051-JAM-AC

## STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT ZACHARY KIRBY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Civil Local Rule 143, Plaintiff EyeRate, Inc. ("Plaintiff") and Defendant PONCA CITY DISPENSARY, INC., an Oklahoma Corporation (dba Chronic CO; Ponca City Dispensary; Vice Medical Cannabis [aka "Vice Stillwater"]; and, Vice Dispensary [aka "Midwest Medical Cannabis"]); ZACHARY KIRBY, an individual ("Defendants" collectively with Plaintiff, the "Parties") by and through their respective undersigned counsel of record, hereby stipulate and agree to the following:

WHEREAS, this Stipulation does not contemplate a continuance of any hearing or other dates in the Scheduling Order now pending on the Court's calendar, and is intended only to briefly continue the interim deadlines for submissions related to a pending motion for summary judgment so that the Parties may continue to focus on the significant progress that has been made on a global settlement proposal.

WHEREAS, on June 2, 2023, Plaintiff filed its Complaint in this action;

WHEREAS, in May 2026, the Parties began to exchange a draft global settlement and release agreement and redline comments thereto.

WHEREAS, during the exchange of other comments, it became apparent to the Parties' Counsel that a global settlement would be greatly facilitated by the completion of a declaration from one of the Parties.

WHEREAS, on June 15, 2026, Defendant Mr. Kirby, only, filed his Motion for Summary Judgment, which following a Notice to Reschedule (ECF No. 33), is now set for hearing August 11, 2026;

WHEREAS, the Notice to Reschedule (ECF No. 33) was not initiated by the Parties but followed a minute order of the Court vacating the original hearing date.

WHEREAS, as of June 23, 2026, the draft settlement and release agreement is effectively complete, as is the proposed stipulation for dismissal, and the final document needed for full resolution is expected by the Parties Counsel to be finalized within the next 7 to 10 days (or less).

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY BRIEFING
SCHEDULE ON DEFENDANT MOTION FOR
153393849.1 0079281-00004

-2-

2:23-cv-01051-JAM-AC

WHEREAS, Plaintiff's opposition to the Motion for Summary Judgment is due to be filed on or before June 26, 2026, and Defendants' reply is due to be filed 10 days thereafter;

WHEREAS, to focus resources on settlement and likely obviate the need for a summary judgment hearing altogether, the Parties have agreed to extend Plaintiff's deadline to oppose Mr. Kirby's motion for summary judgment fourteen (14) days, to July 10, 2026.

WHEREAS, this extension of the deadline to oppose Mr. Kirby's motion does not imperil any of the other dates related to the hearing on or resolution of the pending motion.

WHEREAS, Mr. Kirby's deadline to file a Reply Brief to the Opposition Brief would move to July 20, 2026.

WHEREAS, the Parties have not previously requested a modification to the briefing schedule.

WHEREAS, the hearing may remain on calendar, unaffected, for August 11, 2026, at 1:00 p.m.

WHEREAS, the Parties stipulate and agree that, to increase the chance of global resolution in the near future without risk of interference with pending hearing dates on the Court's calendar:

- Plaintiff's Opposition to Defendant Kirby's motion for summary judgment may be due on **July 10, 2026**, or as soon thereafter as the Court deems acceptable.

- Defendant Kirby's Reply to Plaintiff's Opposition to the motion for summary judgment may be due on **July 20, 2026**, or as soon thereafter as the Court deems acceptable.

- The hearing on Defendant Kirby's motion for summary judgment may remain on calendar for August 11, 2026, at 1:00 pm.

NOW, THEREFORE, the Parties, stipulate, and respectfully pray that the Court adopt this Stipulation, thereby modifying and extending the briefing schedule on the Motion for Summary Judgment such that Plaintiff's Opposition to the pending motion shall be filed on or before July 10, 2026, and Defendant's Reply Brief, if any, shall be filed ten days thereafter.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY BRIEFING
SCHEDULE ON DEFENDANT MOTION FOR
153393849.1 0079281-00004

-3-

2:23-cv-01051-JAM-AC

**IT IS SO STIPULATED**.

DATED: June 25, 2026                    STOEL RIVES LLP


By:  */s/ Thomas A. Woods*
     THOMAS A. WOODS
     COREY M. DAY

     Attorneys for Plaintiff
     EYERATE INC.


DATED: June 23, 2026                    QUINTAIROS PRIETO WOOD & BOYER, P.A.


By:  */s/ David G. Halm (Authorized 6/23/26)*
     DAVID G. HALM

     Attorneys for Defendants
     PONCA CITY DISPENSARY, INC., and
     ZACHARY KIRBY

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY BRIEFING
SCHEDULE ON DEFENDANT MOTION FOR        -4-        2:23-cv-01051-JAM-AC
153393849.1 0079281-00004

**ORDER**

On review of the Parties' Stipulation to Modify Briefing Schedule on Defendant Zachary Kirby's Motion for Summary Judgment and for good cause appearing, it is hereby ORDERED that:

- Plaintiff's Opposition to Defendant Kirby's motion for summary judgment shall be filed on or before **July 10, 2026**;

- Defendant Kirby's Reply to Plaintiff's Opposition to the motion for summary judgment shall be filed on or before **July 20, 2026**;

- The hearing on Defendant Kirby's motion for summary judgment shall remain on calendar for **August 11, 2026, at 1:00 pm**.

**IT IS SO ORDERED**.

Dated: June 30, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO MODIFY BRIEFING
SCHEDULE ON DEFENDANT MOTION FOR
153393849.1 0079281-00004

-5-

2:23-cv-01051-JAM-AC